United States District Court
Middle District of Tennessee
Chief Judge William Haynes
801 Broadway Room A859
Nashville, TN  37203

Re:  United States v. Josefina Jaramillo
     Case Number:  3:93-00160-05

Honorable Judge Haynes:

I, Josefina Jaramillo, petition this Honorable Court to please take into consideration to dismiss my current judgment of restitution.

I have been in touch for many years with Ms. La Rhonda Howard at phone number 615-736-5518 and have always made my payments throughout my years of incarceration, as well as after my release and termination of probation.

Also, recently I submitted at the request of Mr. William Hinton at the U. S. Department of Justice, Financial Disclosure Statement and Disability and Social Security Information as well as information regarding my declining health. Since then I have spoken to Mr. Hinton and he was kind enough to take my call.

Currently I am under constant medical care for depression, anxiety attacks, diabetes, high blood pressure, 2 minor leaks in heart valves, severe osteoarthritis, hiatal hernia, over 100 polyps in my stomach, GERD, acid reflux which require the care of gastro specialist to do biopsies every 3 to 6 months to monitor the possibility of stomach cancer. I have had all of these ailments for years, however they have gotten worse in the past 2 years, especially in 2012, I was in and out of hospital often. Because of this I had to give up my public housing apartment and live with family to be under observation per recommendations of my primary doctor and my psychiatrist. I can make medical records available to this Honorable Court upon request.

*[Handwritten annotations in margin:]*

*rec'd 7/24/13 WJH*

*ORDER*
*The United States shall file a response to this request.*
*[signature]*
*7-30-13*

Page 2
Josefina Jaramillo - Case Number 3:93-00160-05

I have been under disability benefits since 2011 and now I am under early retirement due to health reasons. I have not been able to work for 3 years and have no possibility of employment in the future.

I beg this Honorable Court to please dismiss my judgment for the full amount of my restitution as I am unable to work and live under very restricted disability income and unable to continue making payments. I apologize to this Honorable Court for my failing financial situation due to my declining health and fully understand my responsibility to this Court, which I am unable to fulfill.

Copies of all documents sent to Mr. Hinton at the Department of Justice in April of 2013 are enclosed, also I am at the mercy of this Honorable Court and will provide any additional documents or information which this Court may require to review and grant my request.

I pray for this Honorable Court to help me and enter an order to dismiss my restitution.

Respectfully Submitted,

Josefina Jaramillo        7/14/2013
8421 S. W. 124 Ave # 101
Miami, Florida 33183
Phone : 954-446-3979

cc: U.S. Department of Justice
    Mr. William D. Hinton
    110 9th Avenue South Suite A-961
    Nashville, TN 37203-3870